McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARNEK SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>　　　　Defendants. | 08-CV-F-519 OWW SMS<br><br>**STIPULATION RE: DISMISSAL AND ORDER** |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his application to adjust status. The parties respectfully inform the Court that as of the date of this filing, the application has been adjudicated at the administrative level, such that the pending mandamus petition is moot. The parties consequently stipulate that the case be dismissed.

Dated: June 10, 2008                                  Respectfully Submitted,

                                                                              McGREGOR W. SCOTT
                                                                              United States Attorney


                                                              By:    /s/Audrey Hemesath
                                                                              Audrey B. Hemesath

1

                                        Assistant U.S. Attorney
                                        Attorneys for the Respondents

                              By:    /s/ James M. Makasian
                                   James M. Makasian
                                   Attorney for the Petitioner

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case is dismissed.

.    IT IS SO ORDERED.

**Dated:   June 11, 2008**                  **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE